UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 8:11-cr-137-T-30AEP

HENSON CHUA

## **FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. 57), pursuant to 22 U.S.C. § 401, 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(c)(2) for the following:

      a. One Sony Vaio Laptop Computer, serial number 28273873-7002687; and

      b. One Nokia E90 Phone.

The Court, being fully advised in the premises, hereby finds as follows:

1. On August 30, 2011, The Court granted the United States' motion and entered the Preliminary Order of Forfeiture and Forfeiture Money Judgment. (Doc. 34).

2. On November 8, 2011, the defendant was sentenced, and the forfeiture of the identified property was included in the Judgment. (Docs. 47, 50).

3. In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the property, on the official government website, www.forfeiture.gov, from September 1, 2011 through September 30, 2011. (Doc. 40). The publication gave notice to all third parties with a legal interest in the property to file with the Office of the Clerk, United States District Court,

Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

4. No person or entity, other than the defendant, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the property. No third party has filed a petition or claimed an interest in the property, and the time for filing a petition has expired. Thus, any third-party interest in the property is now barred.

5. The Court finds that the identified property is the property of defendant Henson Chua.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 57) is **GRANTED**. It is FURTHER ORDERED that all right, title and interest in the property is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions 22 U.S.C. § 401, 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(c)(2) for disposition according to law.

Clear title to the property is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on November 15, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2011\11-cr-137.forfeit 57.wpd